# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 3:16-CR-17 |
| v. | : VIOLATION(S): |
| WILLIAM HAMPTON TEDRICK and | : 21 U.S.C. § 841(a)(1) |
| HEATHER MCENTIRE, | : 21 U.S.C. § 841(b)(1)(C) |
| | : 18 U.S.C. § 924(c)(1) |
| | : 18 U.S.C. § 922(g)(1) |
| Defendants. | : 18 U.S.C. § 924(a)(2) |
| | : 21 U.S.C. § 844(a) |
| | : 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### Possession with Intent to Distribute Methamphetamine – 21 U.S.C. § 841(a)(1)

On or about February 12, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

**WILLIAM HAMPTON TEDRICK and HEATHER MCENTIRE,**

defendants herein, aided and abetted by one another and others unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of a Schedule II controlled substance, to wit: methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

### Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Carrying a Firearm During and in Relation to a Drug Trafficking Crime
### 18 U.S.C. § 924(c)(1)

On or about February 12, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

**WILLIAM HAMPTON TEDRICK and HEATHER MCENTIRE,**

defendants herein, aided and abetted by one another, did knowingly possess a firearm, to wit: one (1) Cobra model FS380, .380 caliber pistol, serial number FS076107, in furtherance of a drug trafficking crime for which s/he may be prosecuted in a court of the United States, that is, the offense set forth in Count One of this Indictment, and did knowingly carry said firearm during and in relation to the drug trafficking crimes set forth in Count One; all in violation of Title 18, United States Code, Section 924(c)(1), and Title 18, United States Code, Section 2.

## COUNT THREE

### Possession of a Firearm by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about February 12, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

**WILLIAM HAMPTON TEDRICK and HEATHER MCENTIRE,**

defendants herein, aided and abetted by one another, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one (1) Cobra model FS380, .380 caliber pistol, serial number FS076107; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and Title 18, United States Code, Section 2.

### COUNT FOUR

### Possession of Clonazepam – 21 U.S.C. § 844(a)

On or about February 12, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

**WILLIAM HAMPTON TEDRICK and HEATHER MCENTIRE,**

defendants herein, aided and abetted by one another, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: Clonazepam, all in violation of Title 21, United States Code, Section 844(a), and Title 18, United States Code, Section 2.

### COUNT FIVE

### Possession of Alprazolam – 21 U.S.C. § 844(a)

On or about February 12, 2015, in the Athens Division of the Middle District of Georgia, and elsewhere,

**WILLIAM HAMPTON TEDRICK and HEATHER MCENTIRE,**

defendants herein, aided and abetted by one another, knowingly and intentionally possessed a mixture and substance containing a detectable amount of a Schedule IV controlled substance, to wit: Alprazolam, all in violation of Title 21, United States Code, Section 844(a), and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G. F. "PETE" PETERMAN, III
UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14th day of July, AD 2016.

Deputy Clerk

4